UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ARTHUR CASEY,<br><br>        Plaintiff,<br><br>   v.<br><br>R. GALAZ, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00559-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(ECF No. 12) |

    Plaintiff James Arthur Casey is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On February 13, 2023, the Magistrate Judge filed findings and recommendations, recommending this action be dismissed for Plaintiff's failure to obey court orders and failure to prosecute. (ECF No. 12.) The findings and recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. (*Id*.) Plaintiff did not file any objections, and the time to do so has expired.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly,

1. The findings and recommendations filed on February 13, 2023, (ECF No 12), are adopted in full; and

2. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against Plaintiff.

IT IS SO ORDERED.

Dated:   March 27, 2023

UNITED STATES DISTRICT JUDGE